### 28476. BELOTE *v.* THE STATE.

GARDNER, J. The special assignments of error are without merit. There was sufficient evidence to support the verdict, and the court did not err in overruling the motion for new trial.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED OCTOBER 1, 1940.

*Alonzo H. Woods, F. L. Clements,* for plaintiff in error.
*Charles H. Garrett, solicitor-general,* contra.